**DISMISS; and Opinion Filed January 23, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00380-CV

**RICHARD A. MYERS, REALTY CAPITAL CORPORATION, AND REALTY CAPITAL PARTNERS, LLC, Appellants**

**V.**

**LINDA PAVLIK AND PAVLIK AND ASSOCIATES, Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-13928**

## MEMORANDUM OPINION

Before Justices Bridges, Fillmore, and Lewis
Opinion by Justice Fillmore

Before the Court is the parties' January 21, 2014 Agreed Motion to Dismiss the appeal.

The parties have informed the Court that they have settled all matters before the Court in this

appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2).

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

130380F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

RICHARD A. MYERS, REALTY
CAPITAL CORPORATION, AND
REALTY CAPITAL PARTNERS, LLC,
Appellants

No. 05-13-00380-CV      V.

LINDA PAVLIK AND PAVLIK AND
ASSOCIATES, Appellees

On Appeal from the 191st Judicial District
Court, Dallas County, Texas,
Trial Court Cause No. DC-11-13928.
Opinion delivered by Justice Fillmore,
Justices Bridges and Lewis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED** with prejudice.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 23rd day of January, 2014.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE